```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

KAHLIL WILSON,                     :
                                   :   Civil Action No. 10-202 (NLH)
            Plaintiff,             :
                                   :
                                   :
         v.                        :      **ORDER**
                                   :   (CLOSED)
ATLANTIC COUNTY DYFS, et al.       :
                                   :
            Defendants.            :

   For the reasons expressed in the Court's Opinion filed herewith,

   It is on this 25th day of   May   , 2010,

   ORDERED that, pursuant to 28 U.S.C. § 1915(a) and (b), the application submitted by Plaintiff to proceed in forma pauperis is hereby GRANTED; and it is further

   ORDERED that the Clerk of the Court is directed to file the Complaint without prepayment of the filing fee; and it is further

   ORDERED that, pursuant to 28 U.S.C. § 1915(b), the Clerk shall serve a copy of this Order by regular mail on the Attorney General of the State of New Jersey and on the Warden at the Atlantic County jail in Mays Landing, New Jersey, where Plaintiff is presently confined; and it is further

   ORDERED that Plaintiff is assessed a filing fee of $350.00 which shall be deducted from his prison account pursuant to 28 U.S.C. § 1915(b)(2) in the manner set forth below, regardless of the outcome of the litigation; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(b)(2), until the $350.00 fee is paid, each month that the amount in Plaintiff's prison account exceeds $10.00, the agency having custody of Plaintiff shall assess, deduct from his account, and forward to the Clerk payments equal to 20% of the preceding month's income credited to his prison account, with each payment referencing the civil docket number of this action; and it is further

ORDERED that the Complaint is DISMISSED WITH PREJUDICE, as against all named defendants, for failure to state a claim and based on judicial immunity, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii), (iii) and 1915A(b)(1) and (2).

                                                /s/ NOEL L. HILLMAN
                                                NOEL L. HILLMAN
                                                United States District Judge

At Camden, New Jersey